**Mark P. Robinson, Jr.**, SBN 054426
**Carlos A. Prietto, III**, SBN 166410
**Ted B. Wacker**, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br>**THOMAS R. HENDRICKSON**<br>**PATRICIA HENDRICKSON**<br>**Individual Case No. 3:06-cv-00227-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06385-MRP, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs THOMAS R. HENDRICKSON and PATRICIA HENDROCKSON, Case Number CV 05-06385-MRP (a "Celebrex" case), originally filed in the Central District of California on August 25, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00227-CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that Plaintiffs will proceed in the MDL only
2  through the California action, and jurisdiction and venue for the trial of the action
3  will be proper in whichever of the following is selected by Pfizer: San Francisco,
4  Los Angeles, Missouri.

5  The parties shall each bear their own costs.

7  Dated: May 8, 2006                    ROBINSON, CALCAGNIE & ROBINSON

                                         _____
                                         Mark P. Robinson, Jr., SBN054426
                                         mrobinson@rcrlaw.net
                                         Carlos A. Prietto, III, SBN 166410
                                         cprietto@rcrlaw.net
                                         Ted B. Wacker, SBN 157416
                                         twacker@rcrlaw.net
                                         620 Newport Center Drive, 7th Floor
                                         Newport Beach, CA 92660
                                         Telephone: (949) 720-1288
                                         Fax: (949) 720-1292
                                         *Counsel for Plaintiffs*
                                         THOMAS R. HENDRICKSON
                                         PATRICIA HENDRICKSON

Dated: May 1), 2006                      GORDON & REES

                                         _____
                                         Stuart M. Gordon, Esq.
                                         sgordon@gordonrees.com
                                         Embarcadero Center West
                                         275 Battery Street, 20th Floor
                                         San Francisco, CA 94111
                                         Telephone: (415) 986-5900
                                         Fax: (415) 986-8054
                                         *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4  Dated: May 18, 2006  _____
   HONORABLE CHARLES R. BREYER

